

# CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
### CUMBERLAND COUNTY
### OFFICE OF REGISTER OF DEEDS

JAN 0 5 2021

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

BOOK **343** PAGE **218**

REGISTRATION DISTRICT NO. **026-95**   LOCAL NO.   COUNTY OF DEATH **Cumberland**   STATE FILE NO. **000024**

**DECEDENT** — TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

1. DECEDENT'S LEGAL NAME
- 1a. FIRST: Robert
- 1b. MIDDLE: Earl
- 1c. LAST: Merkerson
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE:

2. SEX: M
3a. AGE-LAST BIRTHDAY (Yrs): 68
4. DATE OF BIRTH (Month/Day/Year): ▓ 1952
5. BIRTHPLACE (County/State or Foreign Country): Wayne, MI
6. DATE OF DEATH (Month/Day/Year): December 21, 2020

7. PLACE OF DEATH (Check only one)
7a. IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
7b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☒ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (Specify)
7c. FACILITY NAME (If not institution give street and number): Community Harmony at Hope Mills
7d. CITY OR TOWN: Fayetteville
7e. COUNTY OF DEATH: Cumberland

8. MARITAL STATUS: ☐ Married ☐ Married, but separated ☒ Widowed ☐ Divorced ☐ Never married ☐ Unknown
9. SURVIVING SPOUSE (Give name prior to first marriage):
10a. DECEDENT'S USUAL OCCUPATION (Do not use retired): Army
10b. KIND OF BUSINESS/INDUSTRY: Military

11. SOCIAL SECURITY NUMBER: ▓8744
12a. RESIDENCE–STATE OR FOREIGN COUNTRY: NC
12b. COUNTY: Hoke
12c. CITY OR TOWN: Raeford
12d. STREET AND NUMBER: 235 Booth Pond Rd
12e. INSIDE CITY LIMITS: ☐ Yes ☒ No
12f. ZIP CODE: 28376
13. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☒ Yes ☐ No

14. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death)
- ☐ 8th grade or less
- ☐ 9th–12th grade, no diploma
- ☐ High school graduate or GED completed
- ☐ Some college credit, but no degree
- ☐ Associate degree (e.g., AA, AS)
- ☒ Bachelor's degree (e.g., BA, AB, BS)
- ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
- ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

15. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.)
- ☒ No, not Spanish/Hispanic/Latino
- ☐ Yes, Mexican, Mexican American, Chicano
- ☐ Yes, Puerto Rican
- ☐ Yes, Cuban
- ☐ Yes, other Spanish/Hispanic/Latino (Specify):

16. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
- ☐ White
- ☒ Black or African American
- ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)
- Asian Indian ☐, Chinese ☐, Filipino ☐, Japanese ☐, Korean ☐, Vietnamese ☐
- ☐ Other Asian (Specify)
- ☐ Native Hawaiian
- ☐ Guamanian or Chamorro
- ☐ Samoan
- ☐ Other Pacific Islander (Specify)
- ☐ Other (Specify)

**PARENTS**

17. FATHER/PARENT NAME (First, Middle, Last) (Last Name Prior to First Marriage): Raymond Lewis Merkerson
18. MOTHER/PARENT NAME (First, Middle, Last) (Last Name Prior to First Marriage): Alice Lee Manor

19a. INFORMANT'S NAME: Sherri Merkerson Latham
19b. RELATIONSHIP TO DECEDENT: Daughter
19c. MAILING ADDRESS (Street and Number, City, State, Zip Code): 1506 Matthews Allen Circle, Kannapolis, NC 28081

**DISPOSITION**

20a. METHOD OF DISPOSITION: ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify)
20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): Silver Grove Cemetery
20c. LOCATION (City or Town and State): Raeford, NC

21a. SIGNATURE OF FUNERAL DIRECTOR: Kenneth D. McClure
21b. LICENSE NUMBER: FSL-1141
21c. NAME OF EMBALMER: William Bulla
21d. LICENSE NUMBER: FSL-126

22. NAME AND ADDRESS OF FUNERAL HOME: Buie Funeral Home, 543 Vass Rd., Raeford, NC 28376

**MEDICAL CERTIFICATION**

23. Part I. Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on line a, b, c and/or d. Enter only one cause on a line. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Severe Calorie Protein Malnutrition
   Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b.   Due to (or as a consequence of):
c.   Due to (or as a consequence of):
d.

Approximate interval: Onset to death

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

24a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No
24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No

25. MANNER OF DEATH: ☒ Natural ☐ Homicide ☐ Accident ☐ Pending ☐ Suicide ☐ Cannot be determined
26a. WAS CASE REFERRED TO MEDICAL EXAMINER? ☐ Yes ☒ No   26b. IF YES ☐ Declined by Medical Examiner
27. TIME OF DEATH (Approximate): 0744
28. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Yes ☐ Probably ☐ No ☒ Unknown
29. IF FEMALE: ☐ Pregnant at time of death ☐ Not pregnant within past year ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year

**MEDICAL EXAMINER ONLY**

30. DATE PRONOUNCED (Month/Day/Year):
31a. DATE OF INJURY (Month/Day/Year):
31b. TIME OF INJURY:
31c. INJURY AT WORK? ☐ Yes ☐ No
31d. PLACE OF INJURY—at home, farm, street, factory, office, building, etc.:
31e. IF TRANSPORTATION INJURY SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)
31f. DESCRIBE HOW INJURY OCCURRED:
31g. LOCATION OF INJURY (Street/Number/City/State):

**CERTIFIER**

32. CERTIFIER (Check only one):
☒ Certifying physician/nurse practitioner/physician assistant – To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner – On the basis of examination, and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner stated.

33a. SIGNATURE AND TITLE OF CERTIFIER: S. L. Hartman, MD
33b. LICENSE NUMBER: NC-22478
33c. DATE SIGNED (Month/Day/Year): 12-31-2020
33d. NAME AND ADDRESS OF CERTIFIER (Print legibly): S.L. Hartman, MD – 215 W. Turlington St. – Smithfield, NC 27577
36. DATE REGISTERED BY STATE:

**REGISTRAR**

34. FOR LOCAL REGISTRAR (Name): Jennifer Green
35. DATE FILED (Month/Day/Year): 1 5 2021

Substitute For

DHHS 1572 (REVISED 11/2017) N.C. VITAL RECORDS

DATE CORRECTED (Mo/Day/Yr):   ITEM(S) CORRECTED:
DATE AMENDED (Mo/Day/Yr):   ITEM(S) AMENDED: